IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. DNCW3:08CR172-1 |
| vs. | ) (Financial Litigation Unit) |
| | ) |
| | ) |
| MARK WEISSENBACH. | ) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and METLIFE, INC.:

A judgment was entered on October 30, 2009, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Mark Weissenbach, whose last known address is XXXXXXXXXXXX, Midland, North Carolina 28107, in the sum of $127,448.09. The balance on the account as of October 3, 2012 is $70,763.94.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and MetLife, Inc. is commanded to **turn over property** in which Defendant, Mark Weissenbach, Social Security Number XXX-XX-6645, has a substantial nonexempt interest, the said property being any and all funds located in accounts held by Metlife, Inc., including, but not limited to, account policy number XXX XXX 271 A, in the name of Mark Weissenbach, at the following address: MetLife, Inc., 150 Fayetteville Street, Box 1011, Raleigh, North Carolina 27601.

**SO ORDERED**.  Signed: November 21, 2012

_____
David S. Cayer
United States Magistrate Judge